# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.B., INDIVIDUALLY, AND O/B/O R.N.W.,
A MINOR,

      Appellant,

v.

Case No.  5D23-303
LT Case No. 16-2022-MH-002518-XXXX-MA

MENTAL HEALTH RESOURCE CENTER,
INC.,

      Appellee.

_____/

Decision filed April 11, 2023

Appeal from the Circuit Court
for Duval County,
Bruce Anderson, Judge.

Justin S. Drach, of Thoele | Drach,
Jacksonville, for Appellant.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.